[No. 38415-5-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANE
HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00251-8, Michael E. Rickert, J., entered March 15, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38791-0-I.    Division One.    May 5, 1997.]

THE CITY OF SEATTLE, *Petitioner*, v. WALTER
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06807-1, JoAnne Alumbaugh, J., entered May 28, 1996. *Reversed* by unpublished per curiam opinion.

[No. 38954-8-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN
WILLIS NEWCOMER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 93-1-00653-8, Michael F. Moynihan, J., entered May 23, 1996. *Reversed* by unpublished per curiam opinion.

[No. 39714-1-I.    Division One.    May 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-04390-9, Anthony P. Wartnik, J., entered November 13, 1996. *Affirmed* by unpublished per curiam opinion.